ERIC GRANT
United States Attorney
STEPHANIE STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>JESUS AVALOS-CERVANTES,<br><br>                    Defendant. | CASE NO. 1:14-CR-00121-JLT-BAM<br><br>ORDER |

    Based on the United States' Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, it is HEREBY ORDERED that the Indictment against defendant JESUS AVALOS-CERVANTES is dismissed. Any pending arrest warrant is recalled.

IT IS SO ORDERED.

    Dated: **September 25, 2025**

                                                                  _____
                                                                  UNITED STATES DISTRICT JUDGE